**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LAWRENCE CHRISTOPHER SMITH,

Petitioner,

v.

UNKNOWN,

Respondent.

Case No.: 1:25-cv-00325-JLT-EGC (HC)

ORDER GRANTING PETITIONER'S MOTION TO REOPEN TIME TO APPEAL

Lawrence Christopher Smith is appearing pro se in this closed habeas corpus action pursuant to 28 U.S.C. section 2254. Petitioner appealed this Court's Order Denying Motion for Reconsideration, Motion to Amend, and Motion for Sanctions. (Doc. 27.)[1] On July 17, 2026, the Ninth Circuit Court of Appeals issued its Order, treating petitioner's notice of appeal as a motion to reopen the time to appeal under Rule 4(a)(6) of the Federal Rules of Appellate Procedure and remanding to allow this Court to rule on the motion. (Doc. 30.)

Rule 4(a)(6) provides as follows:

> The district court may reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered, but only if all the following conditions are satisfied:
>
> **(A)** the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment

[1] Petitioner's Notice of Appeal is 222 pages, comprised of 10 pages of argument followed by numerous exhibits, including reporter's transcripts and motions filed in state court proceedings.

> or order sought to be appealed within 21 days after entry;
>
> **(B)** the motion is filed within 180 days after the judgment or order is entered or within 14 days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of the entry, whichever is earlier; and
>
> **(C)** the court finds that no party would be prejudiced.

Fed. R. App. P. 4(a)(6).

Petitioner's notice of appeal indicates he did not receive a copy of this Court's order denying his motion for reconsideration — the order sought to be appealed —"until May 26th, 2026 and this once discharged from the Psychiatric Inpatient Program (PIP) facility at Salinas Valley State Prison (SVSP) and rehoused at Kern Valley State Prison (KVSP) [a] move which occurred April 29, 2026." (Doc. 27 at 2.) Thus, petitioner did not receive the April 2026 order denying his motion for reconsideration within 21 days of its entry. Instead, petitioner received the order nearly one month later, on May 26, 2026. Petitioner then filed his notice of appeal on June 9, 2026, or 14 days after he received the Court's order. Moreover, more than 30 days have passed following issuance of the Ninth Circuit's order yet respondent has not claimed prejudice would result were this Court to grant the motion. Thus, the Court finds no party would be prejudiced and petitioner has satisfied the conditions imposed by Rule 4(a)(6).

Accordingly, the Court **ORDERS**:

1. The construed motion to reopen the time to appeal is **GRANTED**.
2. The Clerk of the Court is **DIRECTED** to send a copy of this order to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: August 13, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE